**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ruppert Garden Tools, LLC | ) | |
| | ) | Case No. 22-cv-519 |
| v. | ) | |
| | ) | Judge:  Hon. Gary Feinerman |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Gabriel A. Fuentes |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**PLAINTIFF'S *EX PARTE* MOTION FOR
EXTENSION OF *EX PARTE* TEMPORARY RESTRAINING ORDER**

Plaintiff seeks entry of a 14-day extension of the SEALED EX PARTE TEMPORARY

RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF

granted on February 8, 2022 [Docket #16] which is set to expire on March 8, 2022.

Plaintiff and Plaintiff's counsel have been working diligently with the various Internet

platforms to identify and obtain contact information for the Doe Defendants, but need more time

to assemble the contact information and effect service. To date, approximately 75% of the Doe

Defendant's contact information has been located.

Plaintiff accordingly asks the court for a 14-day extension of the SEALED EX PARTE

TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE

RELIEF, until March 22, 2022, at which time the Plaintiff shall present a motion for a

Preliminary Injunction.

Dated this 7th Day of March, 2022.           Respectfully submitted,

By:    <u>s/David Gulbransen/</u>
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com